IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PAMELA J. DIXON                                                                                      PLAINTIFF

VS.                                                         CIVIL ACTION NO. 5:23-cv-00019-DCB-BWR

WAL-MART STORES, INC.
AND MORGAN'S STRIPING SERVICES, INC.                                         DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Pamela J. Dixon, through her attorney, and with Defendants, Wal-Mart Stores, Inc., and Morgan's Striping Services, Inc., through their attorneys, joining in the motion, for entry of a Judgment of Dismissal to dismiss this matter with prejudice on the basis that all claims have been fully resolved and compromised, and the Court finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 5th day of February, 2024.

s/David Bramlette
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY**:

*/s/ Rajita Iyer Moss*
Thomas M. Louis  (MSB #8484)
Rajita Iyer Moss (MSB #10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
***Attorney for Wal-Mart Stores, Inc.***

*/s/ Ronald L. Whittington*
Ronald L. Whittington (MSB #7173)
Whittington Law Firm, PC
P. O. Drawer 1919
McComb, MS 39649-1919
***Attorney for Plaintiff***

*/s/ Michael W. Baxter*
Michael W. Baxter (MSB #2211)
M. Madison Taylor (MSB #103943)
Baxter Law Firm, PLLC
219 Sunnybroook Road, Suite B
Ridgeland, MS 39157
***Attorney for Morgan's Striping Services, Inc.***